David Thomas and Marlene K. Thomas,  Pro Se
27757 Aspel Road, #1612
Menifee, CA  92585
951-306-9694

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Thomas, an Individual<br>Marlene K. Thomas, an Individual<br><br>Plaintiff(s)<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE, et al<br><br>Defendant(s) | CV11-06495 CAS (OPx)<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>[~~PROPOSED~~ ORDER] |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P.41(a)(1), plaintiff(s) David Thomas and Marlene K. Thomas, hereby give notice and voluntarily dismisses the above-captioned action against DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE and Defendant(s) without prejudice.

```
The Motion to Dismiss filed by Defendant Deutsche Bank National
Trust Company on December 28, 2011, is moot and the hearing on
January 30, 2012 is vacated.
```

**IT IS SO ORDERED.**

DATED: JAN 18 2012

*Christina A. Snyder* (signature)

Christina A. Snyder
UNITED STATED DISTRICT COURT JUDGE